IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br><br>AMIN STIGAL,<br>VLADISLAV BOROVKOV,<br>DENIS DENISENKO,<br>YURIY DENISOV,<br>DMITRIY GOLOSHUBOV, and<br>NIKOLAY KORCHAGIN,<br><br>　　**Defendants.** | **UNDER SEAL**<br><br>LKG-24-206 |

## ORDER

Upon motion of the Government, this Court **FINDS** that as of 12:00PM on Thursday, September 5th, 2024, this matter need no longer remained sealed.

Whereby, this court **ORDERS** that at 12:00PM, Thursday, September 5, 2024, the docket in the above-captioned case, the superseding indictment, and this order shall be unsealed and the unsealed superseding indictment shall be placed on the docket.

So ORDERED,

_____        _____
THE HONORABLE CHARLES D. AUSTIN                              September 3, 2024
UNITED STATES MAGISTRATE JUDGE                                  Date